**ZHENLU ZHANG, Plaintiff—Appellant,**

v.

**SCIENCE & TECHNOLOGY CORPORATION, (STC); Computer Science Corporation, (CSC); National Oceanic and Atmospheric Administration, (NOAA); JC Miller, Lawyer, Defendants—Appellees.**

No. 07–1574.

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 13, 2007.

Decided: Sept. 18, 2007.

Zhenlu Zhang, Appellant Pro Se. JC Miller, Saul & Ewing, LLP, Washington, DC; Larry Robert Seegull, DLA Piper U.S. LLP, Baltimore, Maryland; Allen F. Loucks, Assistant United States Attorney, Jason Daniel Medinger, Office of the United States Attorney, Baltimore, Maryland; Anessa Abrams, Schmeltzer, Aptaker & Shepard, PC, Washington, DC, for Appellees.

Before GREGORY and DUNCAN, Circuit Judges, and WILKINS, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Zhenlu Zhang appeals the district court's order dismissing his civil action. We have reviewed the record and find no reversible error.* Accordingly, we affirm for the reasons stated by the district court. *Zhang v. Science & Technology Corp.,* No. 8:06–cv–03001–DKC (D. Md. May 18, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

---

* To the extent Zhang seeks to raise additional claims in his informal brief, these claims are not properly before this court. *See Muth v. United States,* 1 F.3d 246, 250 (4th Cir.1993).